# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**PAUL THOMPSON**                                                   **PETITIONER**

**v.**                                            **No. 1:22-cv-00129-SA-RP**

**SUPERINTENDENT MARCUS MCCLURE**                      **RESPONDENT(S)**

## ORDER SEALING DOCUMENTS

As the instant petition for a writ of *habeas corpus* and supporting documents reveal the name of the victim of sexual assault, the Clerk of the Court is **DIRECTED** to restrict access to these documents to parties only. The petitioner is **ORDERED** to use the victim's initials in future submissions to the court.

**SO ORDERED**, this, the 16th day of September, 2022.

                                                         /s/Roy Percy
                                                         **UNITED STATES MAGISTRATE JUDGE**